**Entered on Docket**
**July 09, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed July 8, 2015

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

ERIKA CRUZ,

        Debtor.

Case No.  15-40550 CN
Chapter 7

**ORDER SETTING HEARING ON
REQUEST FOR APPROVAL OF
REAFFIRMATION AGREEMENT**

On May 27, 2015, the Debtor filed a motion requesting that the court approve a reaffirmation agreement made between the Debtor and Toyota Motor Credit Corporation.  The reaffirmation agreement states that the Debtor's expenses exceed her income by $552 per month.  Good cause appearing:

**IT IS HEREBY ORDERED** that a hearing on the Debtor's motion for approval of the reaffirmation agreement is set for set for **July 30, 2015** at **10:30 a.m.** in the United States Bankruptcy Court for the Northern District of California, 1300 Clay Street, Courtroom 215, Oakland, California.

**END OF ORDER**

**ORDER SETTING HEARING ON REQUEST FOR APPROVAL OF REAFFIRMATION AGREEMENT**

Case: 15-40550    Doc# 14    Filed: 07/08/15    Entered: 07/09/15 10:24:17    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

Case No. 15-40550 CN

## COURT SERVICE LIST

Toyota Motor Credit Corporation
ATTN: Natalie E. Zindorf
14841 Dallas Parkway, Suite 300
Dallas, TX 75254

**ORDER SETTING HEARING ON REQUEST FOR APPROVAL OF REAFFIRMATION AGREEMENT**