

The following constitutes
the order of the court. Signed July 31, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ERIKA CRUZ,<br><br>          Debtor. | Case No. 15-40550 CN<br>Chapter 7<br><br>**ORDER DENYING REAFFIRMATION AGREEMENT** |

On July 30, 2015, the court conducted a hearing on Debtor's Motion to Approve Reaffirmation Agreement. Debtor failed to appear at the hearing. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the reaffirmation agreement with Toyota Motor Credit Corporation is denied for lack of prosecution.

* * * END OF ORDER * * *

Case No. 15-40550 CN

**COURT SERVICE LIST**

Erika Cruz
2035 - 22nd Street, Apt 1
San Pablo, CA 94806

Other Recipients are ECF participants

Case: 15-40550    Doc# 17    Filed: 07/31/15    Entered: 08/03/15 08:10:17    Page 2 of 2